**2002–1444.  AARP v. Pub. Util. Comm.**
Public Utilities Commission, No. 00–1532–TP–COI. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON and O'CONNOR, JJ., concur. COOK, J., not participating.